LAW LIBRARY

**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

NO. 30335

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CHILD SUPPORT ENFORCEMENT AGENCY, STATE OF HAWAI'I,
Plaintiff-Appellee,

v.

AT, Defendant-Appellant

and

CK, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE CIRCUIT CIRCUIT
(FC-P NO. 09-1-0717)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Foley and Fujise, JJ.)

Upon review of the record, it appears that: (1) on February 10, 2010, Defendant-Appellant A.T. (Appellant) filed a notice of appeal; (2) on April 12, 2010, the appellate clerk filed a notice of entering case on calendar and notified Appellant the jurisdictional statement was due on April 22, 2010 and the opening brief was due on May 22, 2010; (3) Appellant did not file the jurisdictional statement or the opening brief; (4) on June 17, 2010, the appellate clerk informed Appellant (a) the time for filing the jurisdiction statement and the opening brief expired; (b) the matter would be called to the attention of the court on June 24, 2010 for such action as the court deemed proper; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; and (5) Appellant did not file the required documents or seek relief from default.

Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, August 4, 2010.

Chief Judge

Associate Judge

Associate Judge